# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HMA, INC., an Iowa Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV427 |
| | ) | |
| V. | ) | |
| | ) | |
| JACK STRUYK, LOCKTON | ) | ORDER |
| COMPANIES, LLC, KATHY | ) | |
| FRIDHOLM, JANE DAMBROSIA, | ) | |
| CINDY CARLSON, DEB | ) | |
| RASMUSSEN, MARLYS GORSETH, | ) | |
| and PAT GALVIN, | ) | |
| | ) | |
| Defendants. | ) | |

Today, the parties' counsel participated in a telephonic status conference with the undersigned. During the conference, counsel requested that the court stay progression of this case so that they can attempt to settle the case through mediation. The request will be granted.

Defense counsel also informed the court that Defendants have no objection to Plaintiff's Motion for Leave to File Plaintiff's Second Amended Complaint and to Re-Caption the Case (filing 7). Accordingly, this motion will be granted.

**IT IS ORDERED:**

1. Plaintiff's Motion for Leave to File Plaintiff's Second Amended Complaint and to Re-Caption the Case (filing 7) is granted.

2. All matters in this case, including Defendants' obligation to respond to Plaintiff's Second Amended Complaint, Motion for Preliminary Injunctions (filing 9) and Motion for Expedited Discovery (filing 10), are stayed pending mediation.

3. By or before January 31, 2012, the parties shall submit a joint status report to the court stating whether the case has been settled.

4. The stay of this matter shall be without prejudice to raising issues of expedited

discovery or requests for preliminary injunctions.

**DATED December 21, 2011.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**