IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HMA, INC., an Iowa Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV427 |
| | ) | |
| V. | ) | |
| | ) | |
| JACK STRUYK, LOCKTON COMPANIES, LLC, KATHY FRIDHOLM, JANE DAMBROSIA, CINDY CARLSON, DEB RASMUSSEN, MARLYS GORSETH, and PAT GALVIN, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

Today, the undersigned held a telephone conference with counsel of record in this case, as well as the counsel of record in Case No. 8:11CV3151. Several matters were discussed, including Plaintiff's pending Motion for Preliminary Injunctions (filing 9) and Motion for Expedited Discovery (filing 10), to which there has been no response due to the previously-imposed stay (filing 19). Defendants informed the court that they plan on filing motions for summary judgment, and will request that those motions be decided in advance of Plaintiff's pending motions.

It was also requested that this case be consolidated with Case No. 8:11CV3151 for purposes of case progression and discovery, at least for a period of time.

Given these matters,

**IT IS ORDERED:**

1. The stay entered in this matter (filing 19) is hereby lifted.

2. Defendants shall respond to Plaintiff's Motion for Preliminary Injunction

(filing 9) and Motion for Expedited Discovery (filing 10) by or before April 20, 2012.

3. Defendants shall file motions for summary judgment by or before April 20, 2012.

4. Defendants shall respond to Plaintiff's Second Amended Complaint (filing 7-1) by or before April 20, 2012.

5. Until further court order, this case is hereby consolidated with Case No. 8:11CV3151 for purposes of progression matters and discovery.

**DATED March 23, 2012.**

                **BY THE COURT:**

                **S/ F.A. Gossett**
                **United States Magistrate Judge**