# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HMA, INC., an Iowa Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV427 |
| | ) | |
| V. | ) | |
| | ) | |
| JACK STRUYK, LOCKTON COMPANIES, LLC, KATHY FRIDHOLM, JANE DAMBROSIA, CINDY CARLSON, DEB RASMUSSEN, MARLYS GORSETH, and PAT GALVIN, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of James Gilliam, Sean Moore, Haley Van Loon and Danielle Smid, of the law firm Brown, Winick, Graves, Gross, Baskerville & Schoenebaum, P.L.C., to withdraw as counsel of record for Defendants (filing 28). As Defendants will remain represented in this matter, the Motion to Withdraw will be granted.

**IT IS ORDERED:**

1. James Gilliam, Sean Moore, Haley Van Loon and Danielle Smid's Motion to Withdraw (filing 28) is granted.

2. The Clerk of Court shall terminate the above-referenced individuals, as well as the law firm Brown, Winick, Graves, Gross, Baskerville & Schoenebaum, P.L.C., as Defendants' counsel of record and shall terminate future notices to these individuals regarding this case.

**DATED April 3, 2012.**

                                    **BY THE COURT:**

                                    **S/ F.A. Gossett**
                                    **United States Magistrate Judge**